MILTON M. HEYMANN, Appellant, v. BLANCHE RISA KOSLIN SUSSMAN, Formerly Known as BLANCHE RISA KOSLIN HEYMANN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CARON CORPORATION, Appellant, v. R. K. O. RADIO PICTURES, INC., Respondent. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve a further amended complaint herein, if plaintiff is so advised, within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application for Letters of Administration upon the Goods, Chattels and Credits of ESTHER ANNIE RECHTSCHAFFEN, Also Known as ESTHER FRIEDMAN and as ANNIE FRIEDMAN, Deceased. NATHAN ZUCKER, Appellant; LOUIS RECHTSCHAFFEN, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ELIZABETH M. TAAFFE, Respondent, Appellant, v. ETHEL A. DOYLE, Respondent, and GERTRUDE MURPHY, Appellant, Respondent, Impleaded with Others, Defendants.— Judgment, and amended judgment, so far as appealed from, and the order appealed from, unanimously reversed, with costs to the defendant-appellant Murphy against plaintiff and with costs to the plaintiff-appellant against defendant-respondent Doyle, to abide the event, on the ground that the verdict of the jury is against the weight of the credible evidence. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

EVE KUTELLE, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MOLLIE BURG and JACOB BURG, Appellants, v. SAMUEL SASTER, Doing Business under the Name of SAM'S BAKERY, and BERKE CAKE CO., INC., Respondents.— Order, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE TRAVELERS INSURANCE COMPANY, Appellant, Respondent, v. CHARLES EISENSTADT and LIZA EISENSTADT, Respondents, Appellants.— Judgment and order appealed from by the plaintiff unanimously affirmed, with costs to the defendants. Appeal by the defendants dismissed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

GEORGE MCDONALD, Respondent, v. FADEM & SHAFMAN, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., and O'Malley, J., dissent and vote to reverse and dismiss the complaint.